## DISCIPLINARY DOCKET

99–604.   Cleveland Bar Assn. v. Szczepinski.
Upon consideration of relator's motion for leave to file reply memorandum in support of the motion for an order to show cause,

IT IS ORDERED by the court that the motion for leave to file reply memorandum in support of the motion for an order to show cause be, and hereby is, denied.

*Wednesday, June 9, 1999*

## MOTION DOCKET

86–2056.   State v. Hooks.
Montgomery App. No. 9275. On December 1, 1989, this court stayed the execution of sentence in this cause pending exhaustion of state post-conviction remedies. Appellee has moved that this court set a date for execution of sentence. It appearing to the court that this court dismissed the appeal in case No. 98–2622, appellant's post-conviction appeal, on March 17, 1999,

IT IS ORDERED by the court, *sua sponte*, that the stay of execution entered in this cause on December 1, 1989, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 7th day of September, 1999, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Montgomery County.

97–2204.   State v. Baston.
Lucas App. No. L–95–087. Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Lucas County Common Pleas Court, and an appeal of the dismissal of that petition is now pending in the Lucas County Court of Appeals,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be and the same is hereby stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.